MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: damali.taylor@usdoj.gov

Attorney for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO, CR-13-0453 EMC |
| v. | UNITED STATES' MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER |
| PAUL ROBESON, | |
|     Defendant | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above captioned Indictment without prejudice. The defendant has been charged, together with nine other co-conspirators, in a RICO conspiracy via Superseding Indictment in an existing matter before Judge Orrick (CR-13-0764-WHO). The instant charges against the defendant have been included as substantive charges in that Superseding Indictment.

DATED: January 9, 2012

MELINDA HAAG
United States Attorney

/s/ J. Douglas Wilson
J. DOUGLAS WILSON
Criminal Chief, Criminal Division

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the government to dismiss the Indictment in case number CR-13-0453 without prejudice.

DATED: 1/21/14



HONORABLE EDWARD M. CHEN
United States

APPROVED
Judge Edward M. Chen

MOTION TO DISMISS AND [PROPOSED] ORDER